UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GERALDINE SMITH,**

    Plaintiff,

v.                                    CASE NO.   3:05-cv-766-J-25MMH

**CITIGROUP, INC.**,

    Defendant.

## O R D E R

    Before the Court is the Magistrate Judge's Report and Recommendation issued October 19, 2005 (Dkt. 20), recommending that Defendant Citigroup, Inc., be dismissed without prejudice pursuant to Rule 41(a). Upon consideration of the Report and Recommendation of the Magistrate Judge, and finding that an Amended Complaint was filed on October 19, 2005, substituting Metropolitan Life Insurance Company for Citigroup Inc., as the Defendant in this matter, it is

    **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Dkt. 20) is **ADOPTED**, nunc pro tunc.  The style of this case shall hereafter be: "*Geraldine Smith, Plaintiff v. Metropolitan Life Insurance Company, Defendant.*"

    **DONE AND ORDERED** at Jacksonville, Florida this 4th day of November, 2005.

                                                HENRY LEE ADAMS, JR.
                                                United States District Judge

Copies to:   Counsel of Record